# Court of Appeals
# of the State of Georgia

ATLANTA,   August 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0298.  JOHN L. WARD v. PRE-ENGINEER SYSTEMS, et al.**

John L. Ward filed an application for discretionary appeal seeking review of the trial court's order reversing the award of the State Board of Workers' Compensation (the Board).  We denied the application on the merits, and Ward filed a motion for reconsideration.

Having reviewed Ward's motion for reconsideration, in which Ward supports his argument that the trial court likely erred, Ward's motion is hereby *GRANTED*; this Court's prior order dismissing the application is *VACATED*; and the application is *REINSTATED* and *GRANTED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*